IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

PHILLIP PRESTON RESMONDO
   and
SABRINA DANIELLE BUTLER
                            /

SEALED
SUPERSEDING
INDICTMENT
Case No. 3:22cr14/TKW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about December 11, 2021, and on or about March 2, 2022, in the Northern District of Florida, the defendant,

**PHILLIP PRESTON RESMONDO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. On or about October 28, 2013, **PHILLIP PRESTON RESMONDO** was convicted in the State of Kentucky of Criminal Attempt to wit: Manslaughter in the 1st Degree (amended), two counts of Assault in the 3rd Degree, and Wanton Endangerment in the 1st Degree.

2. For each of these crimes, **PHILLIP PRESTON RESMONDO** was subject to punishment by a term of imprisonment exceeding one year.

Returned in open court pursuant to Rule 6(f)

May 17, 2022
Date

United States Magistrate Judge

3. Thereafter, **PHILLIP PRESTON RESMONDO** did knowingly possess a firearm, to wit, a Glock .40 caliber pistol and KelTec 12-gauge shotgun, and Blazer .40 caliber ammunition.

4. These firearms and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

Between on or about December 11, 2021, and on or about March 2, 2022, in the Northern District of Florida, the defendant,

**SABRINA DANIELLE BUTLER,**

did knowingly sell and otherwise dispose of a firearm, to wit, a KelTec 12-gauge shotgun, to **PHILLIP PRESTON RESMONDO**, knowing and having reasonable cause to believe that **PHILLIP PRESTON RESMONDO** had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT THREE

On or about December 11, 2021, in the Northern District of Florida, the defendant,

2

**SABRINA DANIELLE BUTLER,**

in connection with her acquisition of a firearm, to wit, a KelTec 12-gauge shotgun, from Mike's Outdoor Sports, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to Mike's Outdoor Sports, which statement was intended and likely to deceive Mike's Outdoor Sports as to a fact material to the lawfulness of such acquisition of a firearm by the defendant under Chapter 44 of Title 18, United States Code, in that the defendant falsely represented that she was the actual buyer of a firearm, when in fact, as the defendant then knew, she was buying a firearm on behalf of **PHILLIP PRESTON RESMONDO**.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Superseding Indictment are hereby realleged and incorporated by reference. Because the defendants,

**PHILLIP PRESTON RESMONDO
and
SABRINA DANIELLE BUTLER,**

knowingly committed the violations set forth in Counts One through Three of this Superseding Indictment, any and all interest that the defendants have in the firearms and ammunition involved in these violations is vested in the United States

and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

███████████████

FOREPERSON

17 MAY 22
DATE

JASON R. COODY
United States Attorney

JEFFREY M. THARP
Assistant United States Attorney

4